# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LARRY WILSON

VERSUS

UNITED WISCONSIN INSURANCE
COMPANY, NAVA'S TRUCKING,
INC., AND BENITO C. SILVA

NO.  2025 CW 0417

**AUGUST 18, 2025**

---

In Re:  United Wisconsin Insurance Company, Nava's Trucking, Inc., and Benito C. Silva, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 718974.

---

**BEFORE:  McCLENDON, GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court's November 19, 2024 order that all written discovery responses and discovery depositions be completed by December 31, 2024 is vacated.  This order now appears to be moot based on the date therein and the stay of the order granted by the district court. Moreover, this court notes that the district court did not rule on plaintiff's motion to compel.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT